UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FRANK REGINALD WALL,<br><br>                Petitioner,<br><br>   v.<br><br>KOOTENAI COUNTY, LAWRENCE WASDEN, Idaho Attorney General,<br><br>                Respondents. | Case No. 2:10-CV-0051-MHW<br><br>**JUDGMENT** |

The parties have consented to a United States Magistrate Judge entering all orders, including final judgment, in accordance with 28 U.S.C. § 636(c). (Dkt. 12.)

Based on the Court's Memorandum Decision and Order filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action is DISMISSED with prejudice.

DATED: March 1, 2011

Honorable Mikel H. Williams
United States Magistrate Judge

JUDGMENT - 1